UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 17-1187 (RDM) |

## NOTICE OF SUBSTITUTION OF COUNSEL

　　The Clerk of Court will please enter the appearance of Assistant United States Attorney Robert A. Caplen as counsel for Defendants in the above-captioned case substituting for Assistant United States Attorney W. Mark Nebeker, whose appearance should be withdrawn.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　TIMOTHY J. SHEA, DC Bar #437437
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　DANIEL F. VAN HORN, DC Bar #924092
　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　By:　　/s/ Robert A. Caplen
　　　　　　　　　　　　ROBERT A. CAPLEN, DC Bar #501480
　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　U.S. Attorney's Office, Civil Division
　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　(202) 252-2523
　　　　　　　　　　　　robert.caplen@usdoj.gov